IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | |
|---|---|
| MCOM IP, LLC,<br>  Plaintiff,<br><br>v.<br><br>VALLEY NATIONAL BANCORP,<br>  Defendant | Civil Action No. 1:24-cv-04568-JSR<br><br><br>JURY TRIAL DEMANDED |

### ORDER ON UNOPPOSED MOTION TO STAY ALL DEADLINES

This Court, having considered Unopposed Motion to Stay All Deadlines (the "Motion"), hereby GRANTS the Motion and ORDERS the following: All deadlines are hereby STAYED for 30 days.

SIGNED this _11th_ day of _September_ 2024.

_____
HONORABLE JUDGE PRESIDING